AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20) ☐ Original ☐ Duplicate Original

LODGED
CLERK, U.S. DISTRICT COURT
02/09/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

FILED
CLERK, U.S. DISTRICT COURT
2/10/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: KC DEPUTY

United States of America

v.

Michael Ryan ACUNA,
aka "Steve Stevenson,"

Defendant.

Case No. 5:22-mj-00080

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of 2015 and 2016, in the county of San Bernardino in the Central District of California, the defendant violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual Exploitation of Children |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
*Complainant's signature*

Jeffery Swearingen, HSI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 2/10/2022

*Judge's signature*

City and state: Riverside, California

Hon. Sheri Pym, U.S. Magistrate Judge
*Printed name and title*

AUSA: Sonah Lee x26924

**AFFIDAVIT**

I, Jeffery Swearingen, being duly sworn, declare and state as follows:

**INTRODUCTION**

1. I am a Special Agent ("SA") with the United States Department of Homeland Security, Homeland Security Investigations ("HSI") and I have been so employed since October of 2015. I am currently assigned to the Office of the Assistant Special Agent in Charge ("ASAC") Riverside, in San Bernardino, California, and my responsibilities includes the enforcement of federal criminal statues involving drug trafficking, money laundering, and child exploitation investigations. Prior to my current position with HSI, I have a combined total of ten years as a Special Agent with the National Aeronautics and Space Administration ("NASA"), Office of the Inspector General ("OIG") assigned to the Computer Crimes Division ("CCD") and with the United States Marine Corps Criminal Investigation Division ("USMC-CID").

2. Among other responsibilities, HSI investigates federal criminal violations concerning child exploitation and child pornography, including the distribution, receipt, and possession of child pornography, in violation of Title 18, United States Code, Section 2252A. I have executed numerous search warrants during investigations of crimes against children. I have also interviewed and assisted in interviews of numerous individuals who engaged in the possession, distribution, and receipt of child pornography. My training and experience as an HSI SA have

given me an understanding of how people involved with offenses regarding the sexual exploitation of children use the Internet to further those offenses.

3. Through my training and experience, I have become familiar with the methods of operation used by people who sexually exploit children. I have attended training classes and seminars concerning computer crimes and the sexual exploitation of children on the Internet. My training and experience in these investigations has given me an understanding of how people involved with offenses relating to the sexual exploitation of children use the Internet to further those offenses.

**PURPOSE OF AFFIDAVIT**

4. This affidavit is made in support of a criminal complaint against Michael Ryan Acuna ("ACUNA") and arrest warrant for violation of Title 18, United States Code, Section 2251(a) (Sexual Exploitation of Children - Production of Child Pornography)(the "SUBJECT OFFENSE").

5. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

**SUMMARY OF PROBABLE CAUSE**

6. In or about December 2019, Google submitted multiple Cybertips to National Center for Missing and Exploited Children ("NCMEC") regarding two Google accounts for uploading suspected child pornography to Google Drive, which were suspected to be used by the same individual in Lake Arrowhead, California. NCMEC forwarded the Cybertips to HSI's Cyber Crimes Center ("C3"), which in turn requested assistance from the Homeland Security Investigations, Riverside, California field office. Subsequent investigation revealed that the user of these two Google accounts was Michael ACUNA of Lake Arrowhead, CA.

7. On January 9, 2020, HSI Riverside executed a federal search warrant at the premises at 421 Pyramid Drive, Lake Arrowhead, California 92325, the residence of Michael ACUNA (the "SUBJECT PREMISES"). The search warrant authorized the search for evidence relating to violations of production, distribution, receipt and possession of child pornography. In an interview during the search warrant execution, ACUNA admitted to not only possession, receipt and distribution of child sexual exploitation images and videos via the internet; ACUNA also admitted to producing multiple images of himself engaging in sexually explicit conduct in the presence of a minor family member.

8. The search warrant execution resulted in the identification of at least one minor victim ("MINOR VICTIM 1" or MV 1) depicted in child pornography self-produced by ACUNA.

9. In addition, ACUNA possessed numerous images and videos of child exploitation images and videos that he had downloaded from the internet.

**STATEMENT OF PROBABLE CAUSE**

**A. Background on Cybertips and National Center for Missing and Exploited Children**

10. NCMEC was established in 1984 as a private, nonprofit 501(c)(3) organization. NCMEC provides services nationwide for families and professionals in the prevention of abducted, endangered, and sexually exploited children. Pursuant to its mission and its congressional authorization (see 42 U.S.C. § 5773), NCMEC operates the CyberTipline and the Child Victim Identification Program to assist law enforcement in identifying victims of child pornography and child sexual exploitation. NCMEC works with law enforcement, Internet service providers, electronic payment service providers, and others to reduce the distribution of child sexual exploitation images and videos over the Internet. NCMEC’s CyberTipline is the nation's centralized reporting system for the online exploitation of children. The public and electronic service providers can make reports of suspected online enticement of children for sexual acts, extrafamilial child sexual molestation, child pornography, child sex tourism, child sex trafficking, unsolicited obscene materials sent to a child, misleading domain names, and misleading words or digital images on the internet.

11. NCMEC forwards the reports of child sexual exploitation to law enforcement for purposes of investigation

and disposition of potential criminal wrongdoing to be
determined solely by the relevant law enforcement agency and
prosecutor's office.  As part of the CyberTipline program,
internet service providers that identify suspected child
exploitation material on their systems may send a report to
NCMEC.  The reports contain information such as the account
name, name, telephone number, and ISP address associated with an
individual who uploaded suspected child exploitation material.
The CyberTipline reports also indicate whether the provider
viewed the suspected child exploitation material.

   **B.    Google Submits 26 Cybertips to NCMEC**

   12.   In late 2019, Google submitted multiple CyberTips to
NCMEC regarding two Google accounts, "ragufestivals@gmail.com"
("SUBJECT ACCOUNT 1") and "ragufestival@gmail.com ("SUBJECT
ACCOUNT 2"), which were suspected to be used by the same
individual to upload and store suspected child pornography in
the Google Drive.  The username for both Google accounts was
"Steve Stevenson," although different self-reported birthdates
were listed for SUBJECT ACCOUNTS 1 and 2.  For the "Steve
Stevenson" Google account associated with SUBJECT EMAIL 1, the
recovery email was reported to be SUBJECT EMAIL 2.  For the
"Steve Stevenson" google account associated with SUBJECT EMAIL
2, the recovery email was reported to be
"acuna.michael.r@gmail.com" ("SUBJECT ACCOUNT 3").

   13.   NCMEC was able to retrieve the GPS data embedded
within the material uploaded and stored in the Google Drive on
the cloud and the GPS data embedded within at least one of the

files resolved to a residence located near 430-422 Pyramid Drive, Lake Arrowhead, California (one of the addresses being the "SUBJECT PREMISES"). HSI determined that the SUBJECT PREMISES was associated with ACUNA.

14. NCMEC forwarded the Cybertips along with the images/videos and data associated with the Cybertips to HSI Cyber Crimes Center ("C3"). In December 2019, C3 requested assistance from the Homeland Security Investigations, Riverside, California field office, with a child exploitation investigation.

**C. Identification and Attribution of Michael ACUNA**

15. HSI SA Danya Roelfs was initially assigned to the investigation and served several administrative subpoenas for IP address 71.84.215.166 (the "SUBJECT IP") that was used to upload suspected child pornography files on August 27, 2019, at 4:07:27 UTC[1], at 4:07:28 UTC, and at 4:07:29 UTC. Charter Communications responded and provided the information that the SUBJECT IP was registered to a "Manuel Acuna" at the SUBJECT PREMISES during the requested times.

16. SA Roelfs also conducted searches within law enforcement databases, the database maintained by the California Department of Motor Vehicles ("DMV"), and internet searches for a "Manuel Acuna" and determined that Manuel Acuna associated with the SUBJECT PREMISES had passed away in December 2019 and Manuel Acuna appeared to be an immediate family member of ACUNA.

[1] UTC refers to Coordinated Universal Time and is 8 hours ahead of Pacific Standard Time during non-daylight savings time.

17.   Further research showed that ACUNA had registered a black Jeep SUV at the SUBJECT PREMISES.

18.   A DMV search in December 2019 showed that ACUNA's registered address on his driver's license is a P.O. Box in Blue Jay, California, which is located next to Lake Arrowhead.

19.   Google reported phone number (909) 915-0559 ("SUBJECT TELEPHONE") as linked to the SUBJECT ACCOUNT 3.  In response to a subpoena, Sprint responded that the SUBJECT TELEPHONE was subscribed to a Michael Acuna with SSN xxx-xx-8698.[2]

**D.    Execution of the Search Warrants**

20.   On January 9, 2020, HSI agents executed the search warrants obtained in Case Nos. 5:19-MJ-588 and 589, authorized by United States Magistrate Judge Kenly Kiya Kato on December 30, 2019, for (1) the SUBJECT PREMISES and (2) for the person of ACUNA.

21.   During the search warrant execution, HSI agents seized several electronic devices.  In a MicroSD card attached to a Verizon tablet that was seized, HSI discovered a collection of images of girl's soiled underwear, and some of the underwear depicted in the images also had a white liquid substance on them.  HSI also located a collection of young girl's panties and bras in ACUNA's bed.

**E.    Interview of ACUNA**

22.   ACUNA agreed to talk to law enforcement and provided SUBJECT TELEPHONE as a number that he could be reached and the

---

[2] The full social security number is known to law enforcement but is redacted here for privacy reasons.

SUBJECT ACCOUNT 3 as his email address should agents need to contact him in the future.

1. ACUNA Admits to Accessing Child Pornography

23. ACUNA told agents he got "into it" years ago, and it started with regular pornography literature and on Yahoo Chat groups. ACUNA also said he started out as reading erotic novels involving children engaging in sexual activity with adults. ACUNA stated he has been into child pornography since he was in high school. ACUNA graduated high school in 2001.

24. ACUNA said he also previously used the Kik application[3], and his username was "Irienight". ACUNA said that he used Kik around the years 2014-2017 possibly. ACUNA said he also used the username of "Irienights" on Kik as well. ACUNA said that he thinks his Kik accounts were suspended due to posting child pornography images on the platform.

25. ACUNA was asked what was the longest time that he went without viewing child pornography and ACUNA said from approximately 2010-2012 he abstained from child pornography. ACUNA said he looks at child pornography daily on average and used it for masturbation purposes.

26. ACUNA said he doesn't know anyone who produces child pornography and that he mostly kept his collection on a MEGA.com[4]

[3] Kik is a formerly Canadian-based (but currently based in the U.S. after acquisition by MediaLab in October 2019) instant messaging application.

[4] Mega (stylized in uppercase as MEGA) is a cloud storage and file hosting service offered by Mega Limited, a New Zealand-based company. The service is offered primarily through web-based apps. Mega mobile apps are also available for Windows

*(footnote cont'd on next page)*

account. His MEGA username was "Ragufestivals@gmail.com" and believes it was shut down by MEGA for unknown reasons approximately 6-10 months ago.

27. ACUNA told agents that he would find links in "cumnprintedpics.com" which often led to MEGA.com and once on a link on MEGA, there would be a "drive" of someone else's content that was accessible. ACUNA went on to say that the "cumonprintedpics.com" website is an open forum where a person can post a link and others can comment on the link. The platform is somewhat like a bulletin board which constantly evolves. ACUNA told agents that this website was the only place he could find child pornography.

28. ACUNA told agents that he did not store any child pornography on any digital devices at his home because he stored it online. ACUNA said he wanted his exposure to be minimal and didn't want to keep it around. ACUNA said that with the "Wickr"[5] application, a person does not really need to save content and "if it's gone, you can start over". ACUNA said that he used MEGA, Wickr and Dropbox for child pornography purposes.

29. ACUNA told agents the SUBJECT ACCOUNT 2 was an old email account and had various types of child pornography on it. ACUNA said that the SUBJECT ACCOUNT 1 was created after the

---

Phone, Android and iOS. Mega is known for its security feature where all files are end-to-end encrypted locally before they are uploaded. This prevents anyone (including employees of Mega Limited) from accessing the files without knowledge of the pass key used for encryption.

[5] Wickr is an instant messaging application that allows users to exchange end-to-end encrypted and content-expiring messages, including photos, videos, and file attachments.

SUBJECT ACCOUNT 2 and both accounts were used solely for child pornography.

30. ACUNA also admitted to producing videos of him watching child pornography and masturbating but said he did not share the videos with anyone and were for personal use. ACUNA told agents he used his previous Samsung cell phone for the videos.

2. ACUNA Admits to Trading Child Pornography

31. ACUNA told agents he's mostly interested in incest and most interested in girls ages 8-15 years old. ACUNA told agents his pornography collection is categorized and some of the categories were for sharing reasons so that ACUNA could trade his various collections to others and receive what he was interested in return. ACUNA said he currently uses Wickr for the past few months and his username is "Ragufestival". ACUNA explained that on Wickr one can trade or distribute content and then the material disappears after a few days on the site.

32. ACUNA told agents that if a person online were to ask him for a particular pornography category, he would search for that material, mostly on the "cumonprintedpics.com" website in the form of a MEGA link, to find it. He would then save it and send it to the recipient who asked for it.

33. ACUNA told agents he possessed egregious child pornography material because that is what was desired by some people in his online community. ACUNA said he would share it with the people who liked that type of genre.

3. ACUNA Admits to Regular Interactions with Minors

34. ACUNA told agents that he currently teaches guitar to students, which includes minor students, mostly junior high and high school aged. ACUNA teaches guitar to students at a hotel-resort in Lake Arrowhead, CA. ACUNA also instructs at a charter school in Redlands, CA, three days per week and explained that his employment status is considered as a private vendor there. ACUNA said that he does have contact with minors while teaching guitar lessons and perhaps while performing clinicals at his schooling for respiratory therapy.

35. ACUNA affirmed that he has been dating his girlfriend S.W. for approximately seven years. ACUNA said S.W. has three daughters who are 19 (A.); middle school (Minor B.); and elementary school aged (Minor C.) and all live in Beaumont, CA. ACUNA said that S.W. stays the night at his home, or he will go to her home occasionally. ACUNA said he might stay at S.W.'s home up to 4-5 days if he is on a school break. ACUNA said that none of S.W.'s daughters has ever caught him looking at child pornography. ACUNA denied ever touching any of S.W.'s daughters in an inappropriate way. ACUNA stated that Minor C. will be 12 years old in December. ACUNA told agents that when S.W.'s daughters are visiting, they stay in a guest room at his home and none of the daughters nor S.W. keep any personal effects at his home.

36. ACUNA was asked about some children's underwear and bras that were found in ACUNA's bed. ACUNA stated that the items were his and that he bought them at Wal Mart or acquired

them by picking them out from someone's discarded clothes.  SA Ruiz asked ACUNA if ACUNA preferred the undergarments dirty or clean.  ACUNA told agents that he had no preference and that he just likes to have them and does not wear them himself.  ACUNA also said that he has no preference on the size or color of the garment and called it "a fetish".  ACUNA admitted that he sleeps with the undergarments and masturbates with them, and he occasionally washes them.  ACUNA denied that any of the undergarments belong to his girlfriend S.W.'s daughters.  ACUNA denied having any pornographic photos of S.W.'s daughters in his email accounts and ACUNA said he had non pornographic photos of her daughters in his phone.

37.  ACUNA admitted to sharing nude photos of himself to others such as him masturbating and others would send him images of them masturbating without any child pornography involved. ACUNA denied ever sharing his "panty fetish" with others online. ACUNA at first denied, and then admitted that he sometimes shared photos of his panty collection via photos with others.

38.  ACUNA denied that anything inappropriate had happened between him and his brother P.A.'s children, two minor daughters and a minor son.  ACUNA also denied that anything inappropriate had ever happened between him and his brother C.A's children, a daughter and a son, except for one time when he kissed his niece on the mouth about ten years ago or more.  His niece was around 18 years old then.

4. ACUNA Admits to "Cocking"

39. ACUNA was shown a sanitized version of a photo ("20170119_095117.jpg") from his Google Drive, which was referenced in the cybertips, and which was referenced on page 19, Paragraph 14(c)(ii) in the search warrant application affidavit in Case No. 5:19-MJ-00689. ACUNA admitted that he had taken the photo at the SUBJECT PREMISES. The photo is a screen shot of a computer screen displaying a prepubescent nude female kneeling on her right knee, spitting a white substance from her mouth. Above the computer screen, a male's left hand and wrist are visible and are holding a pair of female children's underwear that are lavender and white in color and appear to have a Disney princess character and a white horse on them. Also present on the crotch of underwear is a large fecal stain.

40. ACUNA admitted to sending a photo via the Kik application which depicts a pair of child's underwear containing what appears to be a substance similar to ejaculate and a printed photo of a child next to the underwear with the same substance on the printed image.

a. ACUNA admitted that he had taken the photo referenced in paragraph 39 above with a printed photo of a minor next to the underwear with ejaculate and that the photo depicted one of his nieces and that the underwear belonged to his niece.

41. ACUNA admitted to having taken about a dozen pairs of underwear from his nieces. ACUNA told agents that when the

girls would outgrow their underwear and throw them out, he would take them instead.

42.   ACUNA told agents that the children featured in his child pornography collections are all unknown children to him and the photos of his nieces and S.W.'s daughters are all appropriate and not sexual in nature.

43.   ACUNA then explained what "cocking" is.  ACUNA said it is when a man takes a photo of his erect penis and placing it upon a person. ACUNA admitted that he possessed "cocking" photos involving MV 1.  ACUNA added that MV 1 was asleep when he produced the photo.  ACUNA said that the photo was produced when his brother and family lived in an apartment in Lake Arrowhead before P.A. moved to Austin, Texas and believes MV 1 was 12 years old at the time (approximately 2 years ago).  ACUNA admitted that he had created the photo for "sexual gratification" and has never sent it to anyone online. ACUNA said the image was saved in the SUBJECT ACCOUNT 2.

44.   ACUNA stated he had only performed "cocking" one time and that MV 1 was the only person he had done it with.  ACUNA said when the photo was produced, the two youngest daughters were sharing a bedroom and the two girls were asleep in the same bed.  ACUNA admitted he wasn't "into" the youngest daughter because of her age.

45.   ACUNA then admitted to having produced "maybe a dozen" cocking photos and stated that they were made 2-3 years prior. ACUNA denied sharing any of his "cocking" photos with others.

      5.   ACUNA Consents and Gives Access to His Online Accounts

46.  ACUNA provided consent to HSI to take over his online accounts.  ACUNA provided his username and password for his Dropbox, MEGA, "Ragufestivals1@gmail.com" ("SUBJECT ACCOUNT 4") and "Ragufestivals2@gmail.com" ("SUBJECT ACCOUNT 5") email accounts as well as his Kik and Wickr accounts.  ACUNA stated, "I know I have a problem, I've never known how to get help".

47.  ACUNA told agents, "[t]here are two drives that are on Google." The two drives ACUNA referred to were the SUBJECT ACCOUNT 4 and the SUBJECT ACCOUNT 5.  ACUNA directly admitted there would be child pornography on the accounts and stated that he didn't use them to communicate with other people, only for storing his child pornography.

48.  ACUNA admitted that any images he produced with a minor would involve his niece MV 1 and that there were approximately 5-10 total.  Regarding S.W.'s daughters, ACUNA stated there was only one image produced which included a printed image of one of S.W.'s daughters and an ejaculate type substance on the printed photo he produced.  ACUNA admitted to sharing this image for the purpose of another individual to use to ejaculate on the photo and send back to ACUNA.  ACUNA then used the children's underwear to reproduce a photo of S.W.'s daughter ejaculated on with ejaculate on the underwear to add to the image.

49.  ACUNA told agents that no images of child pornography existed of S.W.'s children nor his brother C.A.'s children.

50.  ACUNA admitted to approximately 10 photos of "my genitals on her" of his niece MV 1.  ACUNA then stated that his genitals were right above her in the photos and not on her skin. ACUNA first denied ever putting MV 1's hand on his genitals and then recanted and admitted that he produced one photo of MV 1's hand on his scrotum and taking a photo of it.  ACUNA denied sending this photo out to anyone.  ACUNA also denied ever ejaculating on MV 1 or any other child while asleep or otherwise.

**F.   HSI Identifies Minor Victims from Acuna's Self-Produced Images**

51.  On January 30, 2020, the SA Roelfs arranged a forensic interview of ACUNA's niece, MV 1, who was 14 years old at that point.  MV 1 provided the following information:

a.   MV 1 said that she spent some time at her grandmother's house in Lake Arrowhead in 2019. MV 1 said that she and ACUNA had a good relationship, and he would help her with homework and the two would often exchange Tik Tok videos.  MV 1 stated that the last time she saw ACUNA or even talked to him was summer 2019.

52.  MV 1 agreed to look at some sanitized images and identified herself or her younger sister in the photos:

a.   Regarding image titled "50ab1701-2336-4e87-ab93-8aa0f8491d30" MV 1 described it as: "My pillow, my baby blanket, that's me".  MV 1 stated it was while she lived in California and thinks she was about nine years old and further stated, "I was sleeping".

i.   This photo depicts MV 1 sleeping on her side in bed wearing a black long sleeve shirt.  The bedsheets are peach colored with a white, peach and blue colored comforter.  Five drops of a wet substance are to the right of the MV 1's head.

b.   Regarding image titled "Screenshot_20170328-070912," MV 1 also stated: "That's also me. Same earrings, same pillow. It had to be a different day [from photo mentioned above] because I wear different clothes to bed every night".

i.   This photo depicts MV 1 sleeping on her side in a bed wearing a dark blue camisole top. The bedsheets are white with a white, green, pink and peach colored comforter.  An adult male's erect penis is shown at the bottom of the photo, his left hand grasping his penis where a white substance is emanating out of his penis and onto her head.

c.   Regarding image titled "20170210_004055" MV 1 did not immediately recognize the photo, but recognized herself and the bed in the image after it was lightened.  This image depicts a small child sleeping with an adult's erect penis placed on the child's cheek by her mouth. The child is sleeping on a white pillow with flower patterns.

d.   Regarding image titled "Google-CT-RPT-b675473900c3e2ac657a16f8d9a49554-IMG_15386," MV 1 immediately stated, "That's my sister [], probably three or four years old."  This photograph depicts a toddler aged

child sleeping on her stomach with an adult's erect penis hanging out over the top of the child.

**G. ACUNA Produced Child Pornography**

53. In December 2020, I obtained a search warrant for information associated with ACUNA's five google email accounts in Case No. 5:20-mj-109, authorized by United States Magistrate Judge Kenly Kiya Kato.

54. In the SUBJECT ACCOUNT 1, I found the following image:

a. Image titled "20170123_044102" depicts a child's hand (MV 1) grasping an adult male's erect penis. The adult male is wearing a grey colored shirt and a shirt or pants that are unbuttoned featuring a white band on the inside. The adult male's left hand is holding the child's hand on his erect penis. The bedsheet or comforter is colored with pink, green, yellow, and black flowers.

i. In January 2020, MV 1 was forensically interviewed and shown sanitized photos from ACUNA's collection of cocking photos. MV 1 stated that the child's hand in the photo "20170123_044102" appeared to be hers, and that the image was taken in her bedroom. MV 1 also stated that the adult male's hand in the photo appeared to be ACUNA's hand.

b. MV 1 estimated that she was about nine years old when the photo was taken. In January 2020, MV 1 was 14 years old. MV 1's parents were also shown a sanitized version of the photo and they estimated that the photo was likely created in 2015 or 2016.

**H. Other "Cocking" Images**

55. In the SUBJECT ACCOUNT 1, I also found the following images, amongst other similar images:

a. Image titled "20170210-084831" MV 1 sleeping on her right side or stomach on a white, red, green and orange colored flowered pillow. The child is wearing a dark blue or black shirt and appears to be sleeping. Her right hand and forearms are under the right side of her face. At the bottom of the photo an adult male's erect penis is seen being held by the adult male's left hand and is actively ejaculating on the child's left side of her face.

b. Image titled "Google-CT-RPT-b675473900c3e2ac657a16f8d9a49554-IMG_15386" which depicts a toddler aged child who was identified by MV 1 as MV 2, sleeping on her stomach with an adult's erect penis hanging out over the top of the child).

c. Image titled "Screenshot_20170328-070912" which depicts MV 1 sleeping on her right side in a blue spaghetti strap shirt, with an erect penis and hand on the penis ejaculating on the face of MV 1.

**I. ACUNA Possessed Child Pornography**

56. Below are descriptions of the suspected child pornography files found in ACUNA's Google Drive identified by Google and submitted to NCMEC as Cybertips:

a. An image titled "IMG_1522418554.jpeg" depicts a prepubescent female wearing a blue and gray striped shirt, pulled above her chest area. The child is lying on her back on

checkered patterned bed sheets.  The child's legs are bent and raised to her chest area.  At the bottom middle of the image an adult male's stomach and erect penis are visible, he is wearing what appears to be blue camouflage underwear pulled down under his groin area.  The male is inserting his erect penis into the child's rectal area.

b.    An image titled "IMG_1512456669.jpg" depicts a prepubescent nude female toddler lying on her back on a light tan colored material.  The nude toddler's legs are spread apart, and the toddler has seminal fluid on her chest and vaginal area. A nude adult male's erect penis and right leg are seen at the bottom of the photo near the toddler's vagina.

57.  Additionally, during the residential search warrant ACUNA provided written consent to search his Google accounts. HSI SA Dayna Roelfs accessed SUBJECT ACCOUNT 4 (ragufestivals1@gmail.com) under the consent form.  Upon logging into the SUBJECT ACCOUNT 4, SA Roelfs noticed six different folders titled, "Cocks and little panties," "Cum," "Pics," "Porn," and "Young porn." SA Roelfs browsed all folders and discovered child sexual exploitation material in all folders, but the folder labeled "Porn" which consisted of adult pornography.

58.  SA Roelfs also accessed SUBJECT ACCOUNT 5 (ragufestivals2@gmail.com) under the consent form.  Upon logging into SUBJECT ACCOUNT 5, SA Roelfs noticed two folders labeled "Pics" and "Vids."  The "Pics" folder contained one child sexual

exploitation image and the "Vids" folder contained 148 videos of what appear to be child sexual exploitation.

**J.    NCMEC Child Identification Report**

59.   On September 27, 2021, I received the Child Identification Report from the NCMEC in this case, indicating that there were 1,471 identified images, 135 identified videos, 14 other files identified, and a total of 164 identified series of child pornography.

**K.    ACUNA Discussed His Sexual Interest in Minors Online**

60.   On May 15, 2020, the SA Roelfs received a compact disc from the HSI office in Georgia, Dalton, regarding some chats between ACUNA's Kik username "irienights Steve Stevenson" and an individual using the username of "jonesjason327"[6].

61.   The chats between "irienights Steve Stevenson" (ACUNA) and "jonesjason327" began on January 19, 2018, and span to February 7, 2018. Some notable chats between ACUNA and jonesjason327 are noted below and are in sequential order, however not every chat in the string is included here.  The chats are provided verbatim and may include spelling and/or grammatical errors:

January 19, 2018, at 5:20:06 PM

[ACUNA]:  "Yng trade?"

Jonesjason327: [sends what appears to be an image of child erotica. And replies] "Yes".

---

[6] The individual using "jonesjason327" has been prosecuted and sentenced to 25 years of custody in the Northern District of California in 2020.

January 20, 2018 @ 3:01:43 PM

[ACUNA]: [sends an image depicting child pornography]

Jonesjason327: [sends an image or video of child pornography back to ACUNA.]

[ACUNA]: “Anything younger? Under 14?”

Jonesjason327: “Yes lots”

[ACUNA]: “Love 3-14”.

1/20/18 @ 12:45:46 AM

Jonesjason327: [sends image depicting child pornography]

The two continually exchange images and/or videos of child pornography between each other between 1/20/18 and 1/25/18 at various times.

1/25/18 @5:18:49 AM

Jonesjason327: I like to save my cum and use it on girls without them knowing

[ACUNA]: Oh dude that’s fucking awesome. Like in their drinks and food?

Jonesjason327: You never do it?

[ACUNA]: I’ve wanted to do it to my stepdaughters but I end up cumming in their shampoo or lotion. I want to cook them food with a huge load.

On 1/25/18 @ 5:28:04 AM, ACUNA sends jonesjason327 a photo of a pair of panties with an opaque substance on the crotch.

[ACUNA]: My 9yos. I collect them like crazy. I have over 100 used from my nieces and step daughters.

Jonesjason327: I've always wanted to let some one go in her room and play with her stuff as well just thinking to men jerking and coming on her stuff and never know it.

[ACUNA]: That's hot! I have a video of me cumming in my 11 yo niece while she was asleep"

Jonesjason327: Can I see. I know you can't let other people see these vids. My eyes only I will show you some vids also.

[ACUNA]: I'll send my vid of my nieces facial for your daughters cum shot. But you CANNOT resend it.

On 1/25/18 @ 5:48:55 AM ACUNA sends jonesjason237 a video in which the thumbnail appears to match other known images of ACUNA's niece's bedroom sheets.

Jonesjason327: And trust me as soon as I'm alone with her she is getting NyQuil and I will do even more

[ACUNA]: Dude that's what's up. How often are you two alone.

Jonesjason327: sends an image of panties on a bed. This was her panties on top of her pillow on her bed sending video.

[ACUNA]: Love active dads. I wanna drug my step daughter so bad and do the same. First I gotta get mom so drunk she passes out so I can drug them.

Jonesjason327: Lol I'm trying and we can keep each other posted on progress do you have anything els I can see.

[ACUNA]: I got 2 more vids of cum shots on her but I'll save em for any cum vids of your step daughter

62. The two continued to exchange images and/or videos of suspected child pornography through to February 7, 2018, and then the chat ended.

## CONCLUSION

63. For all the reasons described above, there is probable cause to believe that Michael ACUNA has violated the SUBJECT

OFFENSE, namely, Title 18, United States Code, Section 2251(a) (Sexual Exploitation of Children – Production of Child Pornography).

Jeffery Swearingen
Special Agent
Homeland Security
Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone this 10th day of February 2022.

UNITED STATES MAGISTRATE JUDGE